IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CARLENE MORAN, | § | |
|    Plaintiff, | § | |
| v. | § | No.  3:11-CV-949-N (BF) |
| | § | |
| COMMISSIONER OF THE | § | |
| SOCIAL SECURITY ADMINISTRATION, | § | |
|    Defendant. | § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney.  The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error.  Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SIGNED this 12th day of July, 2012.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE